K. RANDALL HUFSTETLER
JUDGE, 300TH DISTRICT COURT



**BRAZORIA COUNTY**
**111 E. LOCUST, ROOM 402**
**ANGLETON, TEXAS 77515**
**979-864-1229 * 281-756-1229**
**FAX: 979-864-1138**

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
1/5/2015 10:59:41 AM
CHRISTOPHER A. PRINE
Clerk

January 5, 2015

14th Court of Appeals
301 Fannin, Suite 245
Houston, TX 77002

RE:      Trial Court Cause No. 70722
         Appellate Court Cause No. 14-14-00393-CV

STYLE:   In the Interest of S.R., S.R., and B.R.S.; In the District Court of
         Brazoria County, 300th Judicial District

Dear Clerk of the Court,

Upon request of Ms. Janice Berg, Attorney for Dakota Roberts, a search was conducted for a Reporter's Record for a hearing held on December 13, 2012. According to the docket sheet, the former Associate Judge for the 300th District Court, James Robertson, presided over an adversary hearing.

The Associate Judge uses an electronic recorder. I have made a diligent search for an electronic recording in this matter and/or a record made by a court reporter, but I have not been able to locate either.

Thank you for your attention to this matter.

Sincerely,

Renee E. Rape
Official Court Reporter
300th District Court

cc:   Mrs. Rhonda Cross Barchak, Brazoria County District Clerk
      Mrs. Jeri Yenne, Brazoria County District Attorney
      Ms. Janice Berg, Attorney for Dakota Roberts